Elizabeth Waldow
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:04-mj-0205 |
| Plaintiff, | ) ) | DISMISSAL; AND ORDER THEREON |
| v. | ) ) | |
| Jack R. Williams, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: April 3, 2006 .          NATIONAL PARK SERVICE


  s/s Eliabeth Waldow

Elizabeth Waldow
Legal Officer

**ORDER**

**IT IS SO ORDERED.**



Dated: _____, 2006    _____
The Honorable William M. Wunderlich
U.S. Magistrate Judge
Eastern District of CaliforniaIT IS SO

1

1 | ORDERED.

2 | Mmkd34**Dated:    April 5, 2006**              /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE